UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

Case 10-13395

Hon. George Caram Steeh

-v-

FAITIMA JONES,
_____/

## ORDER FOR SUMMARY JUDGMENT

Plaintiff, the UNITED STATES OF AMERICA, having filed its written Motion for Summary Judgment pursuant to FRCP 56; the Court having reviewed said Motion and being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that a Judgment against Defendant, FAITIMA JONES in the amount of $9,909.89, plus pre-judgment interest from the date of the filing of the Complaint, and $350.00 in court costs plus post judgment interest pursuant to 28 U.S.C. 1961 and $350.00 in court costs is awarded in favor of Plaintiff, the UNITED STATES OF AMERICA.

**IT IS SO ORDERED.**

Dated:  December 1, 2010       <u>s/George Caram Steeh</u>
                                         UNITED STATES DISTRICT JUDGE